IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 06-78 |
| ) | |
| RONALD LONG ) | |
| ) | |
| Defendants. ) | |

### MOTION AND ORDER FOR BENCH WARRANT

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Beth Moskow-Schnoll, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court for the issuance of an arrest warrant against the defendant, Ronald Long as a result of the Indictment returned against him on July 13, 2006.



COLM F. CONNOLLY
United States Attorney

By: _____
Beth Moskow-Schnoll
Assistant United States Attorney

Dated: July 13, 2006

AND NOW, this __13th__ day of __July__, 2006, upon the foregoing Motion, **IT IS ORDERED** that a warrant be issued for the arrest and apprehension of Ronald Long.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge