≈AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>RONALD LONG, a/k/a Ronald Chamberlin | **WARRANT FOR ARREST**<br><br>Case Number: CR 06-78-UNA<br>GMS |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest      __RONALD LONG__
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice

charging him or her with   (brief description of offense)

CONSPIRACY TO COMMIT BANK FRAUD - ( COUNT I )
BANK FRAUD - ( COUNT II & III )

in violation of Title ___18___ United States Code, Section(s) ___371; 18:1344 AND 18:1028A___

| | |
|---|---|
| PETER T. DALLEO<br>Name of Issuing Officer | BY: _Vincent_; Deputy Clerk<br>Signature of Issuing Officer |
| CLERK OF COURT<br>Title of Issuing Officer | 7/14/06 AT WILMINGTON, DE<br>Date and Location |

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

BUCKS COUNTY PRISON

| DATE RECEIVED<br>7/14/06 | NAME AND TITLE OF ARRESTING OFFICER<br>KERRY FREELAND<br>US POSTAL INSPECTOR | SIGNATURE OF ARRESTING OFFICER<br>_Kerry Freeland_ |
|---|---|---|
| DATE OF ARREST<br>8/4/06 | | |

