UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| )   | |
| Plaintiff,    ) | |
| )   | CASE NO. CR 06-78 (GMS) |
| vs.    ) | |
| )   | |
| Ronald Long    ) | |
| )   | |
| Defendant.    ) | |

**O R D E R**

The defendant, upon entering a plea of not guilty to the Indictment on *8/17/06* requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until *September 25, 2006* The time between the date of this order and *September 25, 2006* shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

Honorable Mary Pat Thynge
U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney