IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA        :

        :

        v.        : Criminal No. 06-78 GMS

        :

RONALD LONG
 a/k/a Ronald Chamberlain        :

**NOTICE OF SCHEDULING**

IT IS HEREBY ORDERED that a telephone scheduling conference regarding the above-
captioned case is scheduled for **Wednesday, November 8, 2006, at 2:00 p.m.** before the
Honorable Gregory M. Sleet, United States District Judge.  Counsel for the government is
directed to arrange and initiate the conference call.

        /s/ Gregory M. Sleet        
        UNITED STATES DISTRICT JUDGE

October 12, 2006