IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| V. | : Criminal Action No. 06-78-GMS |
| RONALD LONG, a/k/a RONALD CHAMBERLAIN, | : |
| Defendant. | : |

## MOTION FOR CONTINUANCE

Now comes the United States of America, by and through its undersigned attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Beth Moskow-Schnoll, Assistant U.S. Attorney, and, jointly with Elliot Cohen, Esquire, attorney for the defendant, hereby respectfully request that the motions hearing scheduled for December 14, 2006, be rescheduled as a status conference and continued to December 19, 2006, at 12:00 p.m. The parties agree that the defendant's presence is necessary at the status conference, and, therefore, we further respectfully request that the Court issue a summons to the defendant ordering his appearance at the status conference.

        Respectfully submitted,

        COLM F. CONNOLLY
        United States Attorney

        BY: _____/s/_____
        Beth Moskow-Schnoll
        Assistant United States Attorney

Dated: December 13, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| V. | : Criminal Action No. 06-78-GMS |
| RONALD LONG, a/k/a RONALD CHAMBERLAIN, | : |
| Defendant. | : |

## ORDER

**AND NOW**, this ___ day of _____, 2006, upon consideration of the parties' Motion for Continuance, it is hereby **ORDERED** that:

1. The motions hearing scheduled for December 14, 2006, is hereby taken off the calendar;

2. A status conference is hereby scheduled for December 19, 2006, at 12:00 p.m.; and

3. A summons will issue for the defendant's appearance at the status conference.

_____
HONORABLE GREGORY M. SLEET
United States District Court Judge