AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF _____DELAWARE_____

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | |
| RONALD LONG | Case Number:  CR 06-78 (GMS) |
| PHILADELPHIA, PA 19318 | |



(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| J. Caleb Boggs Federal Building<br>844 North King Street<br>Wilmington, Delaware 19801 | Courtroom #6C, 6th Floor |
| | Date and Time |
| Before:  Honorable Mary Pat Thynge, United States Magistrate Judge | 3/1/07 at 1:00 PM |

** Please report to the U.S. Marshal's in Rm #100 by 12:00 PM

To answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Violation Notice   X  Probation Violation Petition

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

VIOLATION OF PRETRIAL RELEASE



_Evette Watson, Deputy Clerk_
Signature of Issuing Officer

February 8, 2007 in Wilmington, DE
Date

Peter T. Dalleo; Clerk of Court
Name and Title of Issuing Officer

AO83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Date

Service was made by me

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: _Cert mail_

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned _2-15-07_       _DwThomas_
         Date              Name of United States Marshal

                          _____
                          (by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.