PS 8
(Rev 02/94)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  Criminal Action No. CR06-78-1 |
| | ) |
| Ronald Long | ) |
| | ) |
| Defendant | ) |

**Amended Petition for Action on Conditions of Pretrial Release**

COMES NOW ANGELICA LOPEZ PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Ronald Long who was placed under pretrial release supervision by the Honorable Mary Pat Thynge sitting in the court at Wilmington, Delaware, on the 4th day of August, 2006 under the following conditions:

Please see attached.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

Please see attached.

**PRAYING THAT THE COURT WILL ORDER** the issuance of a warrant for Ronald Long, so he may be brought before the Court for a hearing on the alleged violations of his conditions of release.

| ORDER OF COURT | I declare under penalty of perjury the foregoing is true and correct, |
|---|---|
| So ordered this 26 day of February, 2007. | _____ |
| _____ Magistrate Judge | U. S. Pretrial Services Officer |
| | Executed on  February 23, 2007 |
| | Place  Wilmington, Delaware |

FILED
FEB 27 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**Condition (7)(a):** The defendant shall report to Pretrial Services as required by that agency.

**Evidence:** The defendant failed to report for a scheduled office visit on January 16, 2007. The defendant has not reported to the pretrial services office since February 9, 2007. Mr. Long is required to report to pretrial services office on a weekly basis. The defendant has not made any attempts to contact the pretrial services office.

**Condition (7)(p):** Refrain from the use or unlawful possession of a narcotic drug or other controlled substance defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

**Condition (7)(q):** Submit to any method of drug testing required by pretrial services office or supervising officer for determining whether the defendant is using prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.

**Evidence:** The defendant tested positive for cocaine on the following dates:

| Date: | Scientific Testing Laboratories | Drug |
| --- | --- | --- |
| August 25, 2006 | C00635477 | Cocaine |
| September 8, 2006 | Admission | Cocaine |
| October 6, 2006 | Admission | Cocaine |
| October 24, 2006 | C00635545 | Cocaine |
| November 20, 2006 | C00635599 | Cocaine |
| January 11, 2007 | C00683914 | Cocaine |
| January 26, 2007 | C00683942 | Cocaine |
| February 9, 2007 | C00683980 | Cocaine |

**Condition (7)(w):** The defendant must reside at 1978 Dallas Road, Philadelphia, PA 19138.

**Evidence:** The defendant has not contacted his assigned pretrial services officer, Karen McKim, since February 9, 2007. Pretrial services was advised by the defendant's brother, Tyrone Chamberlain, that the defendant has not been at the residence for two weeks. The defendant did not have permission to relocate nor has he provided pretrial services with a notice as required.

(7)(a)  The defendant shall report to Pretrial Services as required by that agency.

(l)  No travel outside the Eastern District of Pennsylvania unless authorized by Pretrial Services or reporting to Delaware for court related matters.

(n)  Refrain from possessing a firearm, destructive device, or other dangerous weapon.

(p)  Refrain from use or unlawful possession of a narcotic drug or other controlled substance defined in 21 U.S.C., 802, unless prescribed by a licensed medical practitioner.

(q)  Submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.

(r)  Participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the pretrial services office or supervising officer.

(u)  Report as soon as possible, to the pretrial services office or supervising officer with any law enforcement, including, but not limited to, any arrest, questioning, or traffic stop.

(v)  Regarding item (7)(r), shall also include evaluation and treatment.

(w)  Regarding item (7)(l), must obtain permission from Pretrial Services no less than 24 hours before the scheduled travel.

(x)  Must reside at 1978 Dallas Road, Philadelphia, PA 19318.