FILED IN OPEN COURT 3/9/07 KJK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No: 06-78 |
| RONALD LONG, | : | |
| Defendant. | : | |

## MOTION FOR DETENTION

**NOW COMES** the United States and moves for the detention of the defendant, RONALD LONG, pursuant to 18 U.S.C. § 3148 and Federal Rule of Criminal Procedure 46, pending a hearing on a violation of pre-trial release petition. In support of the motion, the United States alleges that there is clear and convincing evidence that the defendant has violated conditions of his pre-trial release, that there is no condition or combination of conditions which will assure that the defendant will not flee, and that the defendant is unlikely to abide by any condition or combination of conditions of release.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _____
Ilana H. Eisenstein
Assistant United States Attorney

Dated: March 9, 2007

FILED
MAR - 9 2007
U.S. DISTRICT COURT
DISTRICT OF DE