# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO 18 USC §3148**

RONALD LONG
Defendant

Case Number: CR 06-78 GMS

Upon motion of the **Government**, it is ORDERED that a

Revocation Hearing is set for _3/15/07_ * at _1:30 p.m._
                                  Date                     Time

before **Honorable MARY PAT THYNGE, UNITED STATES MAGISTRATE JUDGE**
Name of Judicial Officer

Ctrm. # 6C, 6ᵀᴴ Flr., Federal Bldg., 844 King St., Wilmington, Delaware
Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United States Marshal) (_____)
                                                                    Other Custodial Official

and produced for the hearing.

_3/9/07_
Date

Judicial Officer

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.

FILED
MAR 9 2007