PROB 13B
(10/76)

# UNITED STATES DISTRICT COURT

DISTRICT *of Delaware*

### Defendant's Consent to the Court's Inspection of Presentence Report
### Prior to Plea of Guilty, Nolo Contendere, or Finding of Guilt

I, _____*Ronald Long*_____ , hereby consent
(Name of Defendant)

to review of my presentence report by a judge at any time, including the time prior to entry of a plea of guilty or nolo contendere or a finding of guilt.

I have read, or had read to me, the foregoing consent and fully understand it.  No promise has been made to me as to what the final disposition of my case will be.

_____*5/16/07*_____
(Date)

_____*Ronald Long*_____
(Signature of Defendant)

_____*5/16/07*_____
(Date)

_____*Elliot Cohen*_____
(Defendant's Attorney)

FILED

MAY 1 6 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE