IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA :

 :

  v.   : Criminal No. 06-78 GMS

 :

RONALD LONG
a/k/a Ronald Chamberlain :

## NOTICE OF SCHEDULING

IT IS HEREBY ORDERED that the change of plea hearing scheduled for **Thursday,**

**September 6, 2007, at 10:00 a.m. will be a combined change of plea and sentencing hearing.**

The hearing will be held before the Honorable Gregory M. Sleet, United States District Judge,

United States Courthouse, Courtroom 4A, 844 N. King Street, Wilmington, DE.


/s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE

May 24, 2007