IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : NO. 06-78-GMS |
| VS. | : |
| RONALD LONG | : |

## MOTION FOR A CONTINUANCE

AND NOW, the defendant, Ronald Long, by and through his attorney, Elliot M. Cohen, Esquire, does file the within Motion for a Continuance and avers as follows:

1. The defendant, Ronald Long, has retained the legal services of Elliot M. Cohen, Esquire to represent him in the above captioned matter.

2. Rule 11 C and Sentencing is scheduled for September 6, 2007, before the Honorable Gregory Sleet - United States District Judge; United States District Court for the District of Delaware.

3. The within Motion respectfully seeks a continuance in the above matter. A continuance is requested so as to give defense counsel additional time to consult with client relative to his Pre-sentence Report. I have been on back to back jury trials and have not had the chance to discuss this with my client.

4. The government, through its representative, Beth Schnoll, Esquire (AUSA), has no objection to the within motion for a continuance for the reasons so stated.

5. An additional 30 days is respectfully requested if consistent with the Court's calendar.

WHEREFORE, for all of the foregoing reasons, the within Motion for a Continuance should be GRANTED.

Respectfully submitted,

By: _____
ELLIOT M. COHEN, ESQUIRE
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA : NO. 06-78-GMS

VS.

RONALD LONG

## ORDER

AND NOW, this ____ day of _____, 2007 it is hereby ORDERED and DECREED that defendant's Motion for a Continuance is GRANTED.

BY THE COURT:

_____ J.