IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal No. 06-78 GMS |
| | ) |
| RONALD LONG | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this 4th day of October 2007, the defendant having entered a plea of guilty to count III of the indictment filed against him;

IT IS ORDERED that:

1. The sentencing of the defendant is scheduled for **Monday, November 5, 2007, at 2:00 p.m.** before the Honorable Gregory M. Sleet, in courtroom 4A, J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware; and

2. Any revised presentence report must be submitted to the court at least seven (7) days prior to the sentencing hearing.

/s/ Gregory M. Sleet
CHIEF, UNITED STATES DISTRICT JUDGE