IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| Plaintiff, : | |
| v. : | Criminal Action No. 06-78-GMS |
| RONALD LONG, a/k/a RONALD : CHAMBERLAIN, : | |
| Defendant. : | |

### MOTION AND ORDER TO DISMISS

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Beth Moskow-Schnoll, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court to dismiss Counts One and Two of the Indictment as they relate to this defendant, pursuant to the Memorandum of Plea Agreement.

        COLM F. CONNOLLY
        United States Attorney

        By: _____
        Beth Moskow-Schnoll
        Assistant United States Attorney

Dated: November 5, 2007

IT IS SO ORDERED this 5th day of Nov, 2007.

_____
HONORABLE GREGORY M. SLEET
Chief District Judge
United States District Court