PROB 12CJ
(Rev. 3/97)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Criminal Action No. 06CR00078-001-GMS |
| Ronald Long | ) ) ) |
| Defendant | ) |

### Petition on Probation and Supervised Release

COMES NOW <u>John G. Selvaggi</u> PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of <u>Ronald Long</u>, who was placed on supervision by the Honorable <u>Gregory M. Sleet</u>, sitting in the court in <u>Wilmington</u> on the <u>5th</u> day of <u>November, 2007,</u> who fixed the period of supervision at <u>1 year</u>, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1. The defendant shall pay any financial penalty that is imposed by this judgment, and that remains unpaid at the commencement of the term of supervised release.

2. The defendant shall participate in a drug aftercare treatment program, at the direction of the probation officer, which may include testing.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

**Standard Condition #2:** "The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month."

**Evidence:** Mr. Long failed to report for scheduled appointments in the U.S. Probation Office on December 17, 2007 and January 4, 2008.

**Mandatory Condition:** "The defendant shall refrain from any unlawful use of a controlled substance."

**Evidence:** The defendant submitted urine tests on the following dates that tested positive for cocaine: December 7, 2007, and December 28, 2007.

RE: Ronald Long
Dkt. No. 06-CR-78-01 GMS
January 10, 2008

**Special Condition:** " The defendant shall participate in a drug aftercare treatment program, at the direction of the probation officer, which may include testing."

**Evidence A:** Mr. Long failed to report for drug testing appointments on December 17, 2007 and January 4, 2008.

**Evidence B:** On November 13, 2007, Mr. Long was referred to Gaudenzia for outpatient treatment. He commenced treatment on November 20, 2007. He was required to participate in one, one hour individual session per week, and two, two hour group counseling sessions per week. He reported only twice to treatment, and his last counseling session was December 4, 2007.

PRAYING THAT THE COURT WILL ORDER that a warrant be issued for the arrest of Ronald Long, so that she can be brought before the Court to answer to the charges of violating the conditions of supervised release.

|  ORDER OF COURT | Under the penalty of perjury I declare the foregoing is true and correct: |
|---|---|
| Considered and ordered this __10th__ day of __Jan__ 2008. | |
| Chief U.S. District Judge | Deputy Chief U.S. Probation Officer |
| | Place    Wilmington, Delaware |
| | Date     January 10, 2008 |

FILED
JAN 1 0 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE