## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 06-78-GMS |
| | ) |
| RONALD LONG, | ) |
| | ) |
| Defendant. | ) |

### ENTRY OF APPEARANCE AND SUBSTITUTION OF COUNSEL

PLEASE enter the appearance of Assistant United States Attorney Seth M. Beausang as attorney of record, in place of Assistant United States Attorney Beth Moskow-Schnoll, on behalf of the United States of America in the above-captioned matter.

Dated: January 16, 2008.

          Respectfully submitted,

          COLM F. CONNOLY
          United States Attorney

          /s/ Seth M. Beausang
          Seth M. Beausang (DE I.D. No. 4071)
          Assistant United States Attorney
          1007 N. Orange Street, Suite 700
          P.O. Box 2046
          Wilmington, Delaware 19899-2046
          (302) 573-6277, ext. 149
          (302) 573-6220 (fax)