IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,                    :
                                             :
              Plaintiff,                     :
                                             :
       v.                                    :       Criminal Action No. 06-78-GMS
                                             :
Ronald Long,                                 :
                                             :
              Defendant.                     :

## SUBSTITUTION OF COUNSEL

Please withdraw the appearance of Assistant United States Beth Moskow-Schnoll and

enter the appearance of Assistant United States Attorney David L. Hall as counsel of record for

the government in the above-captioned case. Please be advised that Ms. Moskow-Schnoll no

longer has responsibility for this case and all notices of action taken in connection with this

matter should be directed to Assistant United States Attorney David L. Hall.


                              Respectfully submitted,

                              COLM F. CONNOLLY
                              United States Attorney


                    By:     /s/David L.Hall
                            David L. Hall
                            Assistant United States Attorney

Dated: January 30, 2008